# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL L. SPUCK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-5 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| THE NATIONAL FOOTBALL LEAGUE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of Civil Procedure 72.

On May 5, 2015, the Magistrate Judge issued a Report (Doc. 8) recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 7) be denied under the three-strikes rule in 28 U.S.C. § 1915. Service of the Report and Recommendation was made on the parties, and Plaintiff has filed Objections. *See* Doc. 9.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Plaintiff's Motion for Leave to Proceed In Forma Pauperis (**Doc. 7**) is **DENIED**, and the Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District

Court. Should Plaintiff wish to proceed with this case, he must pay the filing fee ($400) by **June 19, 2015**.[1] If he fails to do so, this case will be dismissed for failure to prosecute.

IT IS SO ORDERED.

June 1, 2015                                          s\Cathy Bissoon
                                                      Cathy Bissoon
                                                      United States District Judge

cc (via First-Class U.S. mail):

Daniel L. Spuck
CZ-4825
SCI Mercer
801 Butler Pike
Mercer, PA  16137

---

[1] This would not appear to be a wise use of Plaintiff's resources. *See* Report at 2 (Plaintiff's lawsuit complains regarding NFL's rules-of-play, and seeks "a replay" of 2014-15 playoffs). How Plaintiff proposes to establish the legal enforceability of football rules, let alone his standing to bring suit, defies the Court's imagination.